**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TANGELO IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 2:17-cv-142-JRG | |
| v. ) | |
| ) **LEAD CASE** | |
| GAMESTOP CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| TANGELO IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 2:17-cv-143-JRG | |
| v. ) | |
| ) | |
| SCHOOL SPECIALTY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulated Motion for Dismissal With Prejudice (Dkt. No. 19) of all claims and counterclaims asserted in this case between Plaintiff Tangelo IP, LLC ("Tangelo IP") and Defendant School Specialty, Inc., ("School Specialty") the Court is of the opinion that the motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted in this suit between Tangelo IP and School Specialty are hereby **DISMISSED WITH PREJUDICE**, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated May 5, 2017. It is further **ORDERED** that all attorney fees and costs are to be borne by the party that incurred them.

Any pending motions between Tangelo IP and School Specialty not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** member case 2:17-cv-143.

## So Ordered this

**May 17, 2017**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE