IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TANGELO IP, LLC                     )
                                          )
             Plaintiff,          )
                                          ) Civil Action No. 2:17-cv-142-JRG
v.                                      )
                                          )
GAMESTOP CORP.              )
                                          )
            Defendant.      )
_____)

## **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Tangelo IP, LLC and Defendant GameStop Corp. have reached an agreement in principle that will settle all matters in controversy between them.

Accordingly, the parties respectfully and jointly request that this Court stay the above-captioned case and any and all attendant deadlines set by the Court's Docket Control Order or otherwise for thirty (30) days to finalize settlement obligations and allow a dismissal stipulation to be filed with the Court.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter a temporary, thirty (30) day stay of all applicable deadlines in this case.

Dated: July 5, 2017                              Respectfully submitted,


*Richard C. Weinblatt*                           */s/ James J. Bosco, Jr.*
Stamatios Stamoulis DE SB #4606                  Kent E. Baldauf, Jr.
Richard C. Weinblatt DE SB #5080                 James J. Bosco, Jr.
Stamoulis & Weinblatt LLC                        The Webb Law Firm
Two Fox Point Centre                             One Gateway Center
6 Denny Road, Suite 307                          420 Ft. Duquesne Blvd., Suite 1200
Wilmington, DE 19809                             Pittsburgh, PA 15222
Telephone:  (302) 999-1540                       Telephone: (412) 471-8815
Facsimile:  (302) 762-1688                       Facsimile:  (412) 471-4094
stamoulis@swdelaw.com                            kbaldaufjr@webblaw.com
weinblatt@swdelaw.com                            jbosco@webblaw.com


*/s/ L. Charles van Cleef*                       *Attorneys for Defendant*
L. Charles van Cleef TX SB #00786305             *GameStop Corp.*
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249 Facsimile
charles@vancleef.pro


*Attorneys for Plaintiff*
*Tangelo IP, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.


*/s/ L. Charles van Cleef*
L. Charles van Cleef